## Commonwealth *v.* Christobal, Appellant.

Submitted December 10, 1973. *I. Robert Shapiro,* for appellant; *Dean L. Foote,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Clark, Appellant.

Argued December 10, 1973. *David Freeman,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.